Dismissed and Memorandum Opinion filed January 14, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00934-CV

____________

 

IN THE INTEREST OF S.M.J., a Juvenile

 

 



 

On Appeal from the
313th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-05628J

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 30, 2009. On January 4, 2010,
appellant filed a motion to dismiss the appeal because he no longer wishes to
prosecute the appeal. See Tex. R. App.
P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.